IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALLAN SAMUEL MULENGA,    )
                         )
        Petitioner,      )
                         )
vs.                      )    CIVIL NO. 07-564-JPG
                         )
ATTORNEY GENERAL,        )
                         )
        Respondent.      )
                         )

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Petitioner, a prisoner proceeding pro se, filed a petition for a writ of habeas corpus with the United States District Court for the Northern District of Illinois on December 22, 2006. Believing that Petitioner was confined in the Tri County Detention Center when he filed the instant habeas action, the Northern District of Illinois transferred the petition to this Court on August 6, 2007.[1]

Since August 7, 2007, the Clerk of Court has mailed three letters to Petitioner - including two Orders issued by the Court - at the Tri County Detention Center. Each of these letters has

---

[1]Although it appears that Petitioner was being held at the Tri County Detention Center when he signed his petition on December 7, 2006, *see* (Doc. 2), a memorandum (Doc. 5) filed by Petitioner with the Northern District of Illinois on December 22, 2007, suggests that Petitioner was ***no longer*** being held at the Tri County Detention Center on the day his petition was filed with the Northern District of Illinois. According to this memorandum, Petitioner had been flown from Chicago, Illinois, to Washington, D.C., on December 12, 2006, with the purpose of being put on a flight to Zambia. When the flight to Washington, D.C., was delayed, Petitioner (and the accompanying immigration officers) missed the flight to Zambia. According to the memorandum, Petitioner was returned to Chicago. It appears, however, that Petitioner was not moved from Chicago back to the Tri County Detention Center. *See* (Doc. 15); *see also* (Doc. 12) (account statement from Tri County Detention Center indicating that Petitioner's account was closed due to his release or transfer on December 12, 2006).

been returned as undeliverable mail (Docs. 10, 13, and 16). On November 26, 2007, the Court received correspondence from the Tri-County Detention Center stating that Petitioner "was released to BSSA Immigration on December 12, 2006." No forwarding address was provided and the Court is unable to locate Petitioner. Local Rule 3.1(b) requires Petitioner to keep the Clerk of Court advised as to any change of address. Therefore, the instant petition will be dismissed, without prejudice, for failing to comply with the Local Rule 3.1(b). *See* Fed. R. Civ. P. 41(b). The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**Dated: December 17, 2007**

    **s/ J. Phil Gilbert**
    **U. S. District Judge**